# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2172

_____

LANDO JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Bay County.
Shane Vann, Judge.

February 18, 2026

PER CURIAM.

Lando Jones appeals from his judgment and sentence for possession of drug paraphernalia.  He raises three issues, but we write to address only one.

Jones argues that the trial court erred by conducting a bench trial even though Jones never waived his right to a jury trial.  The State concedes that this was reversible error, and we agree.  Criminal defendants have a constitutional right to a jury trial, under both the United States and Florida constitutions.  Amend. VI, U.S. Const.; Art. I, § 22, Fla. Const.  A defendant may waive his right to a jury trial, "provided that the waiver is reflected on

the record." *Tucker v. State*, 559 So. 2d 218, 219–20 (Fla. 1990). Here, there is no record evidence that Jones ever waived his right to a jury trial. Thus, we REVERSE Jones' judgment and sentence.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Miranda Lee Butson, Assistant Attorney General, Tallahassee, for Appellee.